| | |
|---|---|
| 1 | D. MICHAEL SCHOENFELD, SBN 102332 |
| | LISA D. NICOLLS, SBN 234376 |
| 2 | MURPHY AUSTIN ADAMS SCHOENFELD LLP |
| | 555 Capitol Mall, Suite 850 |
| 3 | Sacramento, California 95814 |
| | Telephone: (916) 446-2300 |
| 4 | Facsimile: (916) 503-4000 |
| | Email: mschoenfeld@murphyaustin.com |
| 5 | Email: lnicolls@murphyaustin.com |
| 6 | Attorneys for Plaintiff |
| | WEST PACIFIC ELECTRIC COMPANY |
| 7 | CORPORATION |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WEST PACIFIC ELECTRIC COMPANY CORPORATION, | Case No. 1:18-CV-00166-LJO-BAM |
| Plaintiff, | STIPULATION AND ORDER CONTINUING MANDATORY SCHEDULING CONFERENCE |
| v. | |
| DRAGADOS/FLATIRON, a joint venture; LIBERTY MUTUAL INSURANCE COMPANY, a Massachusetts corporation; FIDELITY AND DEPOSIT COMPANY OF MARYLAND, a Maryland corporation; ZURICH AMERICAN INSURANCE COMPANY, a New York corporation; THE CONTINENTAL INSURANCE COMPANY, a Pennsylvania corporation; XL SPECIALTY INSURANCE COMPANY, a Delaware corporation; THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA, a Pennsylvania corporation; AMERICAN HOME ASSURANCE COMPANY, a New York corporation; NATIONAL INDEMNITY COMPANY, a Nebraska corporation; TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation; FEDERAL INSURANCE COMPANY, an Indiana corporation, | **New Date:** May 30, 2018<br>**Time:** 9:00 a.m.<br>**Courtroom:** 8 (BAM) |
| Defendants. | |

- 1 -

5618.001-2591621.1

STIPULATION AND REQUEST TO CONTINUE MANDATORY SCHEDULING CONFERENCE
1:18-CV-00166-LJO-BAM

Pursuant to Rule 144 of the United States District Court for the Eastern District of California, Plaintiff West Pacific Electric Company, Inc. and Defendants Dragados/Flatiron, Liberty Mutual Insurance Company, Fidelity and Deposit Company of Maryland, Zurich American Insurance Company, The Continental Insurance Company, XL Specialty Insurance Company, The Insurance Company of the State of Pennsylvania, American Home Assurance Company, National Indemnity Company, Travelers Casualty and Surety Company of America, and Federal Insurance Company (collectively, "the Parties") hereby stipulate, agree, and request that the Scheduling Conference currently set for May 8, 2018 at 9:00 a.m. be continue to May 29, 2018 at 9:00 a.m. or such subsequent time as the Court deems appropriate. The Parties further stipulate that the case schedule set forth in the Court's Order Setting Mandatory Scheduling Conference (Document 3) be modified as follows:

1. Deadlines currently set for April 18, 2018 : LD for trial counsel for all parties to conduct and conclude a conference at a time and place arranged by counsel for the plaintiff, shall be moved to May 9, 2018;

2. Deadlines currently set for April 30, 2018: LD to file a Joint Scheduling Report be moved to May 21, 2018; and

3. Deadlines currently set for April 17, 2018 pursuant to Federal Rule of Civil Procedure 26(f) be moved to May 8, 2018.

There is good cause for this stipulation and request. The current Scheduling Conference was set for May 8, 2018 based on Plaintiff's Complaint being filed on January 30, 2018. Defendant Dragados/Flatiron filed a Motion to Dismiss on March 9, 2018 and it is set for hearing on April 10, 2018. A brief continuance of the Scheduling Conference and corresponding deadlines set forth above will allow the Parties to more meaningfully comply with their obligations under Rule 26 and the applicable Local Rules.

There have been no previous modifications pursuant to stipulation in this case and granting this stipulation and request will have no significant impact on the schedule for this case as no trial date has been scheduled.

| | |
|---|---|
| Dated: April 11, 2018 | MURPHY AUSTIN ADAMS SCHOENFELD LLP |
| | By /s/ *Lisa D. Nicolls* <br> D. MICHAEL SCHOENFELD <br> LISA D. NICOLLS <br> Attorneys for Plaintiff <br> WEST PACIFIC ELECTRIC COMPANY <br> CORPORATION |
| Dated: April 13, 2018 | FINCH, THORNTON & BAIRD, LLP |
| | By /s/ *P. Randolph Finch, Jr.* <br> P. RANDOLPH FINCH, JR. <br> DAVID W. SMILEY <br> Attorneys for Defendants |

///

**ORDER**

Having reviewed the parties' stipulation to continue the initial scheduling conference (Doc. 36), IT IS HEREBY ORDERED that the Scheduling Conference is continued from 5/8/2018 to **Wednesday, May 30, 2018 at 9:00 AM in Courtroom 8 before Judge Barbara A. McAuliffe**. A JOINT Scheduling Conference Report, carefully prepared and executed by all counsel, shall be electronically filed in full compliance with the requirements set forth in the Order Setting Mandatory Scheduling Conference, one (1) full week prior to the Scheduling Conference, and a copy shall be emailed, in Word format, to bamorders@caed.uscourts.gov. The case schedule set forth in the Court's Order Setting Mandatory Scheduling Conference (Document 3) is also modified as follows:

1. Deadline to conduct and conclude a conference at a time and place arranged by counsel for the plaintiff, shall be moved to May 9, 2018;

2. Deadline currently set for April 17, 2018 pursuant to Federal Rule of Civil Procedure 26(f) shall be moved to May 8, 2018.

IT IS SO ORDERED.

Dated: **April 17, 2018**         /s/ *Barbara A. McAuliffe*
                                   UNITED STATES MAGISTRATE JUDGE