D. MICHAEL SCHOENFELD, SBN 102332
LISA D. NICOLLS, SBN 234376
MURPHY AUSTIN ADAMS SCHOENFELD LLP
555 Capitol Mall, Suite 850
Sacramento, California 95814
Telephone: (916) 446-2300
Facsimile: (916) 503-4000
Email: mschoenfeld@murphyaustin.com
Email: lnicolls@murphyaustin.com

Attorneys for Plaintiff
WEST PACIFIC ELECTRIC COMPANY
CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WEST PACIFIC ELECTRIC COMPANY CORPORATION,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>DRAGADOS/FLATIRON, a joint venture; LIBERTY MUTUAL INSURANCE COMPANY, a Massachusetts corporation; FIDELITY AND DEPOSIT COMPANY OF MARYLAND, a Maryland corporation; ZURICH AMERICAN INSURANCE COMPANY, a New York corporation; THE CONTINENTAL INSURANCE COMPANY, a Pennsylvania corporation; XL SPECIALTY INSURANCE COMPANY, a Delaware corporation; THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA, a Pennsylvania corporation; AMERICAN HOME ASSURANCE COMPANY, a New York corporation; NATIONAL INDEMNITY COMPANY, a Nebraska corporation; TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation; FEDERAL INSURANCE COMPANY, an Indiana corporation,<br><br>　　　　　　Defendants. | Case No. 1:18-CV-00166-LJO-BAM<br><br>**STIPULATION AND REQUEST TO FURTHER CONTINUE MANDATORY SCHEDULING CONFERENCE**<br><br>Complaint Filed: January 30, 2018 |

Pursuant to Rule 144 of the United States District Court for the Eastern District of California, Plaintiff West Pacific Electric Company, Inc. and Defendants Dragados/Flatiron, Liberty Mutual Insurance Company, Fidelity and Deposit Company of Maryland, Zurich American Insurance Company, The Continental Insurance Company, XL Specialty Insurance Company, The Insurance Company of the State of Pennsylvania, American Home Assurance Company, National Indemnity Company, Travelers Casualty and Surety Company of America, and Federal Insurance Company (collectively, "the Parties") hereby stipulate, agree, and request that the Scheduling Conference currently set for May 30, 2018 at 9:00 a.m. be continued to July 5, 2018 at 9:00 a.m. or such subsequent time as the Court deems appropriate. The Parties further stipulate that the case schedule set forth in the Court's Order Setting Mandatory Scheduling Conference (Document 3) be further modified as follows:

1. Deadlines currently set for May 9, 2018 : LD for trial counsel for all parties to conduct and conclude a conference at a time and place arranged by counsel for the plaintiff, shall be moved to June 14, 2018;

2. Deadlines currently set for May 21, 2018: LD to file a Joint Scheduling Report be moved to June 26; and

3. Deadlines currently set for May 8, 2018, pursuant to Federal Rule of Civil Procedure 26(f) shall be moved to June 13, 2018.

There is good cause for this stipulation and request. The current Scheduling Conference was continued to May 30, 2018 based on Defendant Dragados/Flatiron's Motion to Dismiss being set for hearing on April 10, 2018. On May 4, 2018, the court requested additional briefing which will not be concluded until May 31, 2018. A brief continuance of the Scheduling Conference and corresponding deadlines set forth above (to hopefully allow the Court to rule on the motion to dismiss before the conference and initial disclosure deadline) will allow the Parties to more meaningfully comply with their obligations under Rule 26 and the applicable Local Rules.

There has only been one previous extension of the scheduling conference date and related deadlines pursuant to stipulation in this case and granting this stipulation and request will have no

MURPHY AUSTIN ADAMS SCHOENFELD LLP

5618.001-2607225.1

significant impact on the schedule for this case as no trial date has been scheduled.

Dated: May 7, 2018     MURPHY AUSTIN ADAMS SCHOENFELD LLP


By /s/ *Lisa D. Nicolls*
   D. MICHAEL SCHOENFELD
   LISA D. NICOLLS
   Attorneys for Plaintiff
   WEST PACIFIC ELECTRIC COMPANY
   CORPORATION

Dated: May 7, 2018     FINCH, THORNTON & BAIRD, LLP


By /s/ *David W. Smiley*
   P. RANDOLPH FINCH, JR.
   DAVID W. SMILEY
   Attorneys for Defendants

**ORDER**

Having reviewed the parties' stipulation (Doc 44), and good cause appearing, IT IS HEREBY ORDERED that the Mandatory Scheduling Conference is continued from May 30, 2018 to **July 24, 2018, at 10:00 AM in Courtroom 8** before Judge Barbara A. McAuliffe. A JOINT Scheduling Conference Report, carefully prepared and executed by all counsel, shall be electronically filed in full compliance with the requirements set forth in the Order Setting Mandatory Scheduling Conference, one (1) full week prior to the Scheduling Conference, and a copy shall be emailed, in Word format, to bamorders@caed.uscourts.gov. The case schedule set forth in the Court's Order Setting Mandatory Scheduling Conference (Document 3) is modified as follows:

1. Deadlines currently set for May 9, 2018: LD for trial counsel for all parties to conduct and conclude a conference at a time and place arranged by counsel for the plaintiff, shall be moved to June 14, 2018;

2. Deadlines currently set for May 8, 2018 pursuant to Federal Rule of Civil Procedure 26(f) be moved to June 13, 2018.

IT IS SO ORDERED.

Dated: **May 9, 2018**         /s/ *Barbara A. McAuliffe*
                              UNITED STATES MAGISTRATE JUDGE