D. MICHAEL SCHOENFELD, SBN 102332
LISA D. NICOLLS, SBN 234376
MURPHY AUSTIN ADAMS SCHOENFELD LLP
555 Capitol Mall, Suite 850
Sacramento, California 95814
Telephone: (916) 446-2300
Facsimile: (916) 503-4000
Email: mschoenfeld@murphyaustin.com
Email: lnicolls@murphyaustin.com

Attorneys for Plaintiff
WEST PACIFIC ELECTRIC COMPANY CORPORATION

P. RANDOLPH FINCH, SBN 185004
DAVID W. SMILEY, SBN226616
FINCH, THORNTON & BAIRD, LLP
4747 Executive Drive, Suite 700
San Diego, California 92121-3107
Telephone: (858) 737-3100
Facsimile: (858) 737-3101
Email: pfinch@ftblaw.com
Email: dsmiley@ftblaw.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WEST PACIFIC ELECTRIC COMPANY CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>DRAGADOS/FLATIRON, a joint venture; LIBERTY MUTUAL INSURANCE COMPANY, a Massachusetts corporation; FIDELITY AND DEPOSIT COMPANY OF MARYLAND, a Maryland corporation; ZURICH AMERICAN INSURANCE COMPANY, a New York corporation; THE CONTINENTAL INSURANCE COMPANY, a Pennsylvania corporation; XL SPECIALTY INSURANCE COMPANY, a Delaware corporation; THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA, a Pennsylvania corporation; AMERICAN HOME ASSURANCE COMPANY, a New | Case No. 1:18-CV-00166-LJO-BAM<br><br>**JOINT PROTOCOL FOR THE PRODUCTION OF ELECTRONICALLY STORED INFORMATION AND ORDER THEREON**<br><br>Complaint Filed: January 30, 2018<br>Trial Date: Not Set |

MURPHY AUSTIN ADAMS SCHOENFELD LLP

| | |
|---|---|
| 1 | York corporation; NATIONAL INDEMNITY COMPANY, a Nebraska corporation; TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation; FEDERAL INSURANCE COMPANY, an Indiana corporation, |
| 2 | |
| 3 | |
| 4 | |
| 5 | Defendants. |

The following Joint Protocol for the Production of Electronically Stored Information shall govern Plaintiff WEST PACIFIC ELECTRIC COMPANY, CORP.'S and Defendants DRAGADOS/FLATIRON; LIBERTY MUTUAL INSURANCE COMPANY; FIDELITY AND DEPOSIT COMPANY OF MARYLAND; ZURICH AMERICAN INSURANCE COMPANY; THE CONTINENTAL INSURANCE COMPANY; XL SPECIALTY INSURANCE COMPANY; THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA; AMERICAN HOME ASSURANCE COMPANY; NATIONAL INDEMNITY COMPANY; TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA; and FEDERAL INSURANCE COMPANY's (collectively, the "Parties," and singularly, "Party") discovery in this matter. As used in this document, the term Electronically Stored Information or ESI means discoverable documents and data consistent with FRCP 34(a) relevant to the claim(s) or defense(s) of any Party subject to discovery pursuant to FRCP 26(b)(1).

The production of ESI shall proceed in the following manner:

1. All scanned paper, email, email attachments, and native files shall be converted to single page TIFF files and Bates numbered including fully searchable text.

2. Production of records shall be in load file format with data properly mapped.

3. Color documents will be converted to TIFF in the same color that they were

maintained in the ordinary course of business.

4. Bates numbering used will be unique and consistent throughout the production and any supplements and shall not be custodian based and will appear in the right lower corner of all documents.

5. E-mail messages and attachments will be numbered consecutively and produced together in a parent (e-mail) – child (attachment) fashion (i.e., email followed by attachment) and kept together as one single document.

6. The Parties will meet and confer over the necessity of producing native Excel, CSV, CAD, Database and/or schedule files on a document by document basis.

7. Parties shall produce metadata for ESI with a **.DAT** file. Metadata data fields to include, the following: BegProdNo, EndProdNo, BegProdAttach, EndProdAttach, PgCount or ImageCnt, Mail to, Mail from, Mail CC, Mail BCC, Date Sent, Time Sent, Email Subject or Title, Author, Filename or Title, DateLastMod, Creation Date or Document Date, RecordType, DocType. DocAuthor, SHA1-HASH or MD5-HASH, LOCATIONS (i.e., mail location or filepath).

8. Parties shall produce Images in single page TIFF format with an **.LFP or .OPT** load file.

9. Parties shall produce OCR or extracted text as document level Text files with an **.LST** load file.

10. Load files shall be contained in separate folders as follows:

**Data**

**Images**

**Text**

**OCR**

*/////*

*/////*

- 3 -

11. DFJV will be producing project documents, except emails, by October 25, 2018.

12. DFJV's Project emails will be reviewed for privileged/confidential information and produced by November 8, 2018.

13. This ESI Protocol will be subject to the stipulated protective order issued in the case.

14. This ESI Protocol will not govern the production of documents by third parties pursuant to third party subpoenas.

15. This ESI Protocol does not prevent challenges by either Party to the admissibility or trial use of documents produced under this ESI Protocol.

16. This ESI Protocol can only be amended by a writing signed by counsel for the Parties.

17. The Parties agree to meet and confer in good faith over any dispute involving ESI produced under this ESI Protocol.

Dated: October 23, 2018　　　　MURPHY AUSTIN ADAMS SCHOENFELD LLP


By /s/ Lisa D. Nicolls
　　D. MICHAEL SCHOENFELD
　　LISA D. NICOLLS
　　Attorneys for Plaintiff
　　WEST PACIFIC ELECTRIC COMPANY
　　CORPORATION

Dated: October 23, 2018　　　　FINCH, THORNTON & BAIRD, LLP


By /s/ David W. Smiley
　　P. RANDOLPH FINCH, JR.
　　DAVID W. SMILEY
　　Attorneys for Defendants

/ / / / /

# ORDER

The stipulated joint protocol for the production of electronically stored information is HEREBY APPROVED pursuant to Federal Rule of Civil Procedure 34(b)(2)(E).

IT IS SO ORDERED.

Dated: __October 31, 2018__     /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE