D. MICHAEL SCHOENFELD, SBN 102332
LISA D. NICOLLS, SBN 234376
MURPHY AUSTIN ADAMS SCHOENFELD LLP
555 Capitol Mall, Suite 850
Sacramento, CA 95814
Telephone:       (916) 446-2300
Facsimile:       (916) 503-4000
Email:           mschoenfeld@murphyaustin.com
Email:           lnicolls@murphyaustin.com

Attorneys for Plaintiff
WEST PACIFIC ELECTRIC COMPANY
CORPORATION

P. RANDOLPH FINCH, JR., SBN 185004
DAVID W. SMILEY, SBN 226616
FINCH, THORNTON & BAIRD, LLP
4747 Executive Drive, Suite 700
San Diego, California 92121-3107
Telephone:       (858) 737-3100
Facsimile:       (858) 737-3101
Email:           pfinch@ftblaw.com
Email:           dsmiley@ftblaw.com

Attorneys for Defendants
DRAGADOS/FLATIRON, et al.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WEST PACIFIC ELECTRIC COMPANY CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> DRAGADOS/FLATIRON, a joint venture; LIBERTY MUTUAL INSURANCE COMPANY, a Massachusetts corporation; FIDELITY AND DEPOSIT COMPANY OF MARYLAND, a Maryland corporation; ZURICH AMERICAN INSURANCE COMPANY, a New York corporation; THE CONTINENTAL INSURANCE COMPANY, a Pennsylvania corporation; XL SPECIALTY INSURANCE COMPANY, a Delaware corporation; THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA, a Pennsylvania corporation; AMERICAN HOME ASSURANCE COMPANY, a New | Case No. 1:18-cv-00166-LJO-BAM <br><br> **STIPULATION TO CONTINUE DISCOVERY DEADLINES; ORDER** <br><br> Trial Date:        March 17, 2020 <br> Complaint Filed:   January 30, 2018 |

5618.001-2820674.1

MURPHY AUSTIN ADAMS SCHOENFELD LLP

MURPHY AUSTIN ADAMS SCHOENFELD LLP

1  York corporation; NATIONAL INDEMNITY
   COMPANY, a Nebraska corporation;
2  TRAVELERS CASUALTY AND SURETY
   COMPANY OF AMERICA, a Connecticut
3  corporation; FEDERAL INSURANCE
   COMPANY, an Indiana corporation,
4
                      Defendants.
5

6

7        The parties to this Stipulation to Continue Discovery Deadlines are Plaintiff West Pacific

8  Electric Company Corporation ("WPEC"), Defendant Dragados/Flatiron ("DFJV"), and

9  Defendants Liberty Mutual Insurance Company, Fidelity and Deposit Company of Maryland,

10 Zurich American Insurance Company, The Continental Insurance Company, XL Specialty

11 Insurance Company, The Insurance Company of the State of Pennsylvania, American Home

12 Assurance Company, National Indemnity Company, Travelers Casualty and Surety Company of

13 America, and Federal Insurance Company (collectively referred to as "Surety Defendants").

14 Collectively, WPEC, DFJV and the Surety Defendants are hereinafter referred to as the "Parties."

15       The Parties, through their respective counsel, jointly stipulate and respectfully request that

16 the Court enter an Order continuing discovery deadlines (as more specifically identified further

17 below) to allow more time for the Parties to complete its discovery prior to the current deadlines.

18       Good cause exists for modifying and continuing the requested deadlines because third-

19 party, California High-Speed Rail Authority's ("CHSRA"), subpoenaed documents were just

20 recently fully produced to the Parties.  On August 2, 2018, WPEC issued an amended Subpoena

21 to Produce Documents, Information or Objects or to Permit Inspection of Premises ("Subpoena")

22 to CHSRA.  (*See Declaration of Lisa D. Nicolls* at ¶ 2, and Exhibit A attached thereto.)  The

23 Subpoena sought production of all relevant documents, including emails in CHSRA's possession

24 regarding the high-speed rail project.  (*Id.*)  CHSRA's responsive documents were due by

25 September 4, 2018, and it produced thousands of documents, but failed to produce responsive

26 emails as required per the Subpoena.  (*Id.*)

27       In approximately November of 2018, CHSRA, by and through its legal counsel,

28 communicated to WPEC that it had identified approximately 20,000 potentially responsive emails

5618.001-2820674.1

and that a review was in process. (*Id.*at ¶ 3, and Exhibit B attached thereto.) CHSRA indicated that it would produce supplemental records in a rolling fashion. (*Id.*) However, by mid-December of 2018, CHSRA had not yet produced its email production and, via email dated December 13, 2018, advised that its supplemental production would be delayed due to a legal staff shortage. (*Id.* at ¶ 4, and Exhibit C attached thereto.)

On February 11, 2019, WPEC sent a formal meet and confer to CHSRA regarding the significantly delayed email production. (*Id.* at ¶ 5, and Exhibit D attached thereto.) In response, on February 25, 2019, CHSRA advised it had recently obtained permission from the Assistant Chief Counsel to hire outside counsel to assist with the review of the project emails and anticipated its production of documents would be completed no later than March 15, 2019. Those documents, which exceed 200,000 pages, were just recently received and have not yet been reviewed. (*Id.* at ¶ 6, and Exhibit E attached thereto.)

Given the unexpected delays in discovery thus far, the Parties request that the Court's previous Scheduling Order, including discovery deadlines, be amended with the following proposed dates:

1.     Non-Expert Discovery Cut-Off:  July 11, 2019

The Parties stipulate and agree that all other dates and deadlines set forth in the Court's Scheduling Conference Order will not be altered.

Dated:  April 8, 2019                                MURPHY AUSTIN ADAMS SCHOENFELD LLP


By:/s/ *Lisa D. Nicolls*
          D. MICHAEL SCHOENFELD
          LISA D. NICOLLS
          Attorneys for Plaintiff
          WEST PACIFIC ELECTRIC COMPANY
          CORPORATION

5618.001-2820674.1

STIPULATION TO CONTINUE DISCOVERY DEADLINES; ORDER

1    Dated:  April 8, 2019                    FINCH, THORNTON & BAIRD , LLP

2

3                                             By:/s/ *David W. Smiley*
                                                P. RANDOLPH FINCH, JR.
4                                               DAVID W. SMILEY
                                                Attorneys for Defendants
5                                               DRAGADOS/FLATIRON, et al.

6

7    IT IS SO ORDERED.

8
         Dated:    **April 18, 2019**              /s/ Barbara A. McAuliffe
9                                             UNITED STATES MAGISTRATE JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                                          5618.001-2820674.1
         STIPULATION TO CONTINUE DISCOVERY DEADLINES; ORDER

## **ORDER**

Pursuant to the parties' stipulation, and good cause appearing, IT IS HEREBY ORDERED that the Scheduling Order in this action is hereby modified as follows:

1.      Non-Expert Discovery Cut-Off:  July 11, 2019

The parties are further advised that no further extensions or modifications of the deadlines in this case will be granted absent a demonstrated showing of good cause.

5618.001-2820674.1