P. RANDOLPH FINCH JR., SBN 185004
EMAIL: pfinch@ftblaw.com
DAVID W. SMILEY, SBN 226616
EMAIL: dsmiley@ftblaw.com

**FINCH, THORNTON & BAIRD, LLP**
ATTORNEYS AT LAW
4747 EXECUTIVE DRIVE – SUITE 700
SAN DIEGO, CALIFORNIA 92121-3107
TELEPHONE: (858) 737-3100
FACSIMILE: (858) 737-3101

Attorneys for Defendants Dragados/Flatiron, Liberty Mutual Insurance Company, Fidelity and Deposit Company of Maryland, Zurich American Insurance Company, The Continental Insurance Company, XL Specialty Insurance Company, The Insurance Company of the State of Pennsylvania, American Home Assurance Company, National Indemnity Company, Travelers Casualty and Surety Company of American, and Federal Insurance Company

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ROBERT E. COYLE FEDERAL COURTHOUSE

| | |
|---|---|
| WEST PACIFIC ELECTRIC COMPANY CORPORATION,<br><br>　　Plaintiff,<br><br>v.<br><br>DRAGADOS/FLATIRON, a joint venture; LIBERTY MUTUAL INSURANCE COMPANY, a Massachusetts corporation; FIDELITY AND DEPOSIT COMPANY OF MARYLAND, a Maryland corporation; ZURICH AMERICAN INSURANCE COMPANY, a New York corporation; THE CONTINENTAL INSURANCE COMPANY, a Pennsylvania corporation; XL SPECIALTY INSURANCE COMPANY, a Delaware corporation; THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA, a Pennsylvania corporation; AMERICAN HOME ASSURANCE COMPANY, a New York corporation; NATIONAL INDEMNITY COMPANY, a Nebraska corporation; TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation; FEDERAL INSURANCE COMPANY, an Indiana corporation,<br><br>　　Defendants. | CASE NO: 1:18-CV-00166-LJO-BAM<br><br>**STIPULATION TO CONTINUE DISCOVERY DEADLINES AND ORDER**<br><br>Assigned to:<br>Hon. Lawrence J. O'Neill, Courtroom 4<br>Hon. Barbara A. McAuliffe, Courtroom 8<br><br>Complaint Filed: January 30, 2018<br>Trial Date: March 17, 2020 |

The parties to this Stipulation to Continue Discovery Deadlines are Plaintiff West Pacific Electric Company Corporation ("WPECC"), Defendant Dragados/Flatiron Joint Venture ("DFJV"), and Defendants Liberty Mutual Insurance Company, Fidelity and Deposit Company of Maryland, Zurich American Insurance Company, The Continental Insurance Company, XL Specialty Insurance Company, The Insurance Company of the State of Pennsylvania, American Home Assurance Company, National Indemnity Company, Travelers Casualty and Surety Company of America, and Federal Insurance Company (collectively referred to as "Surety Defendants"). Collectively, WPECC, DFJV and the Surety Defendants are hereinafter referred to as the "Parties."

The Parties, through their respective counsel, jointly stipulate and respectfully request that the Court enter an Order continuing discovery deadlines (as more specifically identified further below) to allow more time for the Parties to complete its discovery prior to the current deadlines.

Good cause exists for modifying and continuing the requested deadlines because the parties have conducted extensive discovery that has generated more than 200,000 pages of responsive documents and five volumes of percipient witness deposition testimony. It is anticipated that an additional twelve volumes of deposition testimony will be generated before the close of non-expert discovery. The record has become so voluminous that the original expert witness discovery deadlines no longer permit sufficient time to allow for the expert analysis needed to comply with the report requirements of F.R.Civ.P. 26 and the needs of the case.

Due to schedule conflicts for the depositions of the California High Speed Rail Authority's Person Most Knowledgeable and the WPECC employee, Sarah Villa, the parties will be unable to take and complete depositions prior to expiration of the July 11, 2019 non-expert discovery cutoff.

FINCH, THORNTON & BAIRD, LLP
4747 Executive Drive - Suite 700
San Diego, CA 92121
(858) 737-3100

Given the unanticipated volume of discovery and the unexpected delays, the Parties request that the Court's previous Scheduling Order, including discovery deadlines, be amended with the following proposed dates:

Non-Expert Discovery Cutoff: July 19, 2019

Expert Disclosure: August 16, 2019

Supplemental Expert Disclosure: September 6, 2019

Expert Discovery Cutoff: October 11, 2019

DATE: July 1, 2019					Respectfully Submitted

							FINCH, THORNTON & BAIRD, LLP


							By:  /s/David W. Smiley
								P. RANDOLPH FINCH JR.
								DAVID W. SMILEY
							Attorneys for Defendants
							Dragados/Flatiron, Liberty Mutual
							Insurance Company, Fidelity and Deposit
							Company of Maryland, Zurich American
							Insurance Company, The Continental
							Insurance Company, XL Specialty
							Insurance Company, The Insurance
							Company of the State of Pennsylvania,
							American Home Assurance Company,
							National Indemnity Company, Travelers
							Casualty and Surety Company of America,
							Federal Insurance Company

DATED: July 1, 2019				Respectfully submitted,

							MURPHY AUSTIN
							ADAMS SCHOENFELD LLP


							By:  */s/ Lisa D. Nicolls*
								D. MICHAEL SCHOENFELD
								LISA D. NICOLLS
							Attorneys for Plaintiff West Pacific
							Electric Company Corporation

/ / / / /

/ / / / /

/ / / / /

FINCH, THORNTON &
BAIRD, LLP
4747 Executive
Drive - Suite 700
San Diego, CA 92121
(858) 737-3100

3

1:18-CV-00166-LJO-BAM

## ORDER

Pursuant to the parties' stipulation, and good cause appearing, IT IS HEREBY ORDERED that the Scheduling Order in this action is modified as follows:

  a. Non-expert discovery shall be completed by July 19, 2019;

  b. Initial expert disclosures shall be completed by August 16, 2019;

  c. Supplemental expert disclosures shall be completed by September 6, 2019; and

  d. Expert discovery shall be completed by October 11, 2019.

The deadline for filing dispositive motions remains set for October 15, 2019, the pretrial conference remains set for January 21, 2020 at 9:00 AM in Courtroom 4 before Chief Judge Lawrence J. O'Neill, and the trial date remains set for March 17, 2020, at 8:30 a.m. in Courtroom 4 before Chief Judge O'Neill. The Court notes that this is the parties' second stipulation to modify the Scheduling Order with respect to the deadline for completion of non-expert discovery and the parties are cautioned that further modifications of the Scheduling Order will not be granted absent a showing of good cause. Fed. R. Civ. P. 16(b).

IT IS SO ORDERED.

Dated: **July 1, 2019**     /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE