UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ROBERT E. COYLE FEDERAL COURTHOUSE

WEST PACIFIC ELECTRIC
COMPANY CORPORATION,

     Plaintiff,

v.

DRAGADOS/FLATIRON, a joint
venture; LIBERTY MUTUAL
INSURANCE COMPANY, a
Massachusetts corporation;
FIDELITY AND DEPOSIT
COMPANY OF MARYLAND, a
Maryland corporation; ZURICH
AMERICAN INSURANCE
COMPANY, a New York
corporation; THE CONTINENTAL
INSURANCE COMPANY, a
Pennsylvania corporation; XL
SPECIALTY INSURANCE
COMPANY, a Delaware corporation;
THE INSURANCE COMPANY OF
THE STATE OF PENNSYLVANIA,
a Pennsylvania corporation;
AMERICAN HOME ASSURANCE
COMPANY, a New York
corporation; NATIONAL
INDEMNITY COMPANY, a
Nebraska corporation; TRAVELERS
CASUALTY AND SURETY
COMPANY OF AMERICA, a
Connecticut corporation; FEDERAL
INSURANCE COMPANY, an
Indiana corporation,

     Defendants.

CASE NO: 1:18-CV-00166-LJO-BAM

ORDER REGARDING JOINT
APPLICATION FOR LEAVE TO FILE
BRIEF IN EXCESS OF 25 PAGES

Assigned to:
Hon. Lawrence J. O'Neill, Courtroom 4
Hon. Barbara A. McAuliffe, Courtroom 8

Complaint Filed:   January 30, 2018
Trial Date:        March 17, 2020

For good cause appearing, the parties' Joint Application for Leave to File Brief in Excess of 25 Pages is hereby GRANTED pursuant to Rule 2 of the Local Courtroom Rules of Judge Lawrence J. O'Neill. Defendant Dragados/Flatiron Joint Venture may file a brief in support of its motion for summary judgment, or in the alternative partial summary judgment, not to exceed 40 pages. Plaintiff West Pacific Electric Company may file a reply brief in opposition to Dragados/Flatiron Joint Venture's motion for summary judgment, or in the alternative partial summary judgment, not to exceed 40 pages. However, the parties are cautioned to use the extra pages to explain thoroughly the issues disclosed in their Joint Application. Upon preliminary review of the filings, if the Court concludes that the parties have incorporated information by reference excessively or failed to explain sufficiently issues or legal arguments, the Court may require re-briefing or take other appropriate action as necessary.

The parties are warned that due to this Court's extraordinary caseload, there may be significant delays in the resolution of civil motions. The longer the motion, the more likely a motion is to experience such delays. In addition, due to the undersigned's planned retirement at the end of January 2020 and the strong possibility that no replacement district judge will be confirmed in a timely manner, civil trials set before a district judge in the Fresno Division of this District are unlikely to proceed as scheduled and may be continued by many months to accommodate criminal trials, which have statutory priority over civil cases. The parties are strongly encouraged to reconsider magistrate judge consent.

IT IS SO ORDERED.

Dated: __October 15, 2019__     _____/s/ Lawrence J. O'Neill_____

UNITED STATES CHIEF DISTRICT JUDGE

FINCH, THORNTON &
BAIRD, LLP
4747 Executive
Drive - Suite 700
San Diego, CA 92121
(858) 737-3100

2