UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ROBERT E. COYLE FEDERAL COURTHOUSE

| | |
|---|---|
| WEST PACIFIC ELECTRIC COMPANY CORPORATION,<br><br>       Plaintiff,<br><br>v.<br><br>DRAGADOS/FLATIRON, a joint venture; LIBERTY MUTUAL INSURANCE COMPANY, a Massachusetts corporation; FIDELITY AND DEPOSIT COMPANY OF MARYLAND, a Maryland corporation; ZURICH AMERICAN INSURANCE COMPANY, a New York corporation; THE CONTINENTAL INSURANCE COMPANY, a Pennsylvania corporation; XL SPECIALTY INSURANCE COMPANY, a Delaware corporation; THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA, a Pennsylvania corporation; AMERICAN HOME ASSURANCE COMPANY, a New York corporation; NATIONAL INDEMNITY COMPANY, a Nebraska corporation; TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation; FEDERAL INSURANCE COMPANY, an Indiana corporation,<br><br>       Defendants. | CASE NO: 1:18-CV-00166-LJO-BAM<br><br>[~~PROPOSED~~] ORDER AMENDING PRE-TRIAL ORDER<br><br>Assigned to:<br>Hon. Jennifer L. Thurston, Courtroom 6<br>Hon. Barbara A. McAuliffe, Courtroom 8<br><br>Complaint Filed:   January 30, 2018<br>Trial Date:            May 24, 2022 |

# [PROPOSED] ORDER AMENDING PRETRIAL ORDER

This matter comes on the joint stipulation and request of Dragados Flatiron JV (and its sureties) and West Pacific Electric Company Corporation (collectively, the "Parties") to amend the Pretrial Order that was entered by the Court on January 6, 2023 ("PTO"). Dkt. 121. Based on the joint stipulation of the Parties and finding good cause to prevent manifest injustice appearing, the Court hereby orders that the PTO be amended in the following respects:

1. The February 22, 2023 bench trial on Phase 1A is **VACATED**.

2. With the parties agreeing to waive jury, the bench trial of the Phase 1A and Phase 1B issues will proceed as a five court day bench trial commencing April 18, 2023 and ending April 22, 2023.[1]

3. Counsel are advised that unless otherwise ordered by the Court, the Court's typical trial day will run from 8 a.m. through 1:30 p.m., with no lunch break but with two extended rest breaks. Counsel SHALL schedule their witnesses to avoid waste of time.

4. The exhibit exchange deadline stated in PTO Section L(3) is moved from January 25, 2023 to March 20, 2023.

5. The exhibit binder deadline stated in PTO Section L(13) is moved from February 16, 2023 to no later than 4:00 p.m., on Tuesday, April 11, 2023. Except as amended by this order, the PTO shall control the subsequent course of this action.

IT IS SO ORDERED.

Dated: **January 26, 2023**

_____
UNITED STATES DISTRICT JUDGE

---

[1] Previously, the trial was scheduled to commence April 17, 2023. Due to a change in the Court's criminal calendar schedule, all trials before the undersigned now commence on Tuesdays.

FINCH, THORNTON & BAIRD, LLP
4747 Executive Drive - Suite 700
San Diego, CA 92121
(858) 737-3100